UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Julie Houlihan

**Case/AP Number** 16-10519 **-FJB**
**Chapter** 13

#213 Motion filed by Debtor Julie Houlihan to Reconsider  [211] Order on Motion For Relief From Stay. (Boz, Damian)

#215 Objection filed by Creditor U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust as serviced by BSI Financial Services. (Babin, Stephanie)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice     _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Creditor U.S. Bank Trust National Association has filed a motion to withdraw its objection to the Debtor's Motion for Reconsideration [#220]. The Court allows the motion to withdraw and the objection is deemed withdrawn.

In light of the objection being withdrawn, the motion to reconsider order [#211] dated 1/2/2019 Re: [210] Motion for Relief from Stay, is hereby allowed.

Further, Counsel for U.S. Truste Bank withdrew the motion for relief from stay [#210] on the record.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 04/04/2019
Frank J. Bailey
United States Bankruptcy Judge